**Opinion issued March 31, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-25-00942-CV**

————————————

**MARIA EUGENIA ALZATE-RENDON AND ANTONIO MONTES FUENTES, Appellants**

**V.**

**MILAGROS TEJADA-MANCIA AND LATTER & BLUM OF TEXAS, LLC D/B/A REALTY ASSOCIATES, Appellees**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-26147**

---

## MEMORANDUM OPINION

Appellants Maria Eugenia Alzate-Rendon and Antonio Montes Fuentes filed a notice of appeal from the trial court's order. The clerk's record was due on December 11, 2025. Appellants have not paid, nor made arrangements to pay the fee

for preparing the clerk's record or establish indigence. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, Appellants failed to respond. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b)–(c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.